## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA


__UNITED STATES OF AMERICA__   v.   __MATTHEW J. BERGERON__

IDA ROMACK, CLERK OF COURT

DEPUTY CLERK                           CASE NO.__ 3:04-CR-00072-JKS __

_Dan Maus_


PROCEEDINGS: **CLERK'S NOTICE**                DATE: May 9, 2006

         In reviewing the above-referenced file, the Court finds
it has possession of a passport belonging to defendant Matthew J.
Bergeron.  Any party wishing to have said item returned to them
needs to file a motion to return said item with a proposed order
for the court's consideration.