# United States District Court

## for the

## District of Alaska

### Request for Modification of Conditions or Term of Supervised Release
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Matthew Bergeron                                Case Number: 04CR0072

Sentencing Judicial Officer:   James K. Singleton, Senior U.S. District Court Judge

Date of Original Sentence:   April 8, 2005

Original Offense:         Possession Child Pornography; Receiving Child Pornography

Original Sentence:        27 months and 3 years supervised release; special conditions

Date Supervision Commenced: May 1, 2007

## PETITIONING THE COURT

[ ]   To extend the term of supervised release for _____ years, for a total term of _____ years.
[X]   To modify the conditions of supervised release as follows:

The defendant shall participate in a program of sex offender assessment and treatment, as directed by the probation officer, until such time as he/she is released from the program. This assessment and treatment may include physiological testing such as polygraph to assist in planning, case monitoring, and supervision. At the direction of the probation officer, the defendant may be required to pay for all or a portion of any treatment program. Any refusal to submit to such assessment or tests as scheduled is a violation of the conditions of release. The defendant shall waive his right of confidentiality in treatment and sign any necessary releases for any records imposed as a consequence of this judgment to allow the supervising United States Probation Officer to review the defendant's course of treatment and progress with the treatment provider(s).

*Request for Modification of Conditions or Term*
*Name of Offender        :        Matthew Bergeron*
*Case Number             :        04CR0072*

## CAUSE

The defendant presently has an existing condition for sex offender treatment which was imposed at sentencing. However, this condition mentions the use of physiological testing in the form of plethysmograph testing. The U.S. Probation Office or its treatment provider(s) do not employ the use of plethysmograph. However, we do utilize polygraph testing. As such, we respectfully request that the condition of supervision requiring sex offender treatment be amended to include polygraph testing. The defendant agrees with this proposed modification as indicated by the attached Probation Form 49.

Respectfully submitted,

REDACTED SIGNATURE

Michael Pentangelo
Senior U.S. Probation Officer
Date: May 11, 2007

Approved by:

REDACTED SIGNATURE

Eric D. Odegard
Supervising U.S. Probation Officer

---

## THE COURT ORDERS:

[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[X]   The Modification of Conditions as Noted Above
[ ]   Other: _____

REDACTED SIGNATURE

James K. Singleton
Senior U.S. District Court Judge
Date: 05/14/2007

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
# DISTRICT OF ALASKA

**U.S.A. v. Matthew J. Bergeron**          **Docket No. :04CR0072**

I, _Matthew J. Bergeron_, have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my conditions of supervised release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my conditions of supervised release or to the proposed extension of my term of supervision:

The defendant shall participate in a program of sex offender assessment and treatment, as directed by the probation officer, until such time as he/she is released from the program. This assessment and treatment may include physiological testing such as polygraph to assist in planning, case monitoring, and supervision. At the direction of the probation officer, the defendant may be required to pay for all or a portion of any treatment program. Any refusal to submit to such assessment or tests as scheduled is a violation of the conditions of release. The defendant shall waive his right of confidentiality in treatment and sign any necessary releases for any records imposed as a consequence of this judgment to allow the supervising United States Probation Officer to review the defendant's course of treatment and progress with the treatment provider(s).

Signed: ___[signature]___          Date: _5-11-07_
         Matthew J. Bergeron
         Probationer or Supervised Releasee

Witness: _REDACTED SIGNATURE_     Date: _5/11/07_
         Michael Pentangelo
         Senior U.S. Probation Officer