# United States District Court
## for the
## District of Alaska

Request for Modification of Conditions or Term of Supervised Release
with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Matthew Bergeron                     Case Number: 04CR0072

Sentencing Judicial Officer:   James K. Singleton, Senior U.S. District Court Judge

Date of Original Sentence:     April 8, 2005

Original Offense:              Possession Child Pornography; Receiving Child Pornography

Original Sentence:             27 months and 3 years supervised release; special conditions

Date Supervision Commenced: May 1, 2007

## PETITIONING THE COURT

[ ]   To extend the term of supervised release for _____ years, for a total term of _____ years.
[X]   To modify the conditions of supervised release as follows:

The defendant shall not possess any material showing sexually explicit conduct deemed inappropriate by his probation officer and/or treatment provider, or patronize any place where such material or entertainment is available.

The defendant shall reside at the Cordova Center halfway house for a period of time not to exceed 30 days. The defendant will only be permitted to leave the halfway house for medical appointments, religious worship one time per week, and sex offender treatment twice per week, or otherwise at the discretion of the probation officer.

*Request for Modification of Conditions or Term*
*Name of Offender        :       Matthew Bergeron*
*Case Number             :       04CR0072*

## CAUSE

The defendant is in violation of his sex offender treatment status due to his sustained engagement in high risk behaviors to include actively fantasizing about sexual conduct with minors and viewing/possessing sexually explicit material involving minors. This material is not considered illegal pornography but at the very least, inappropriate for the defendant to be viewing considering his status in sex offender treatment and his history of possessing child pornography. Although the defendant is prohibited from possessing such material as per his sex offender treatment agreement, this condition was not adopted by the Court at original sentencing. As such, we propose this condition to Your Honor based on the necessity to restrict the defendant's behavior to deter his propensity for engaging in this high risk behavior which ultimately increases the risk of recidivism. Moreover, we feel a sanction is in order to instill consequential thinking as other interventions at curbing this behavior have proved ineffective. The defendant agrees with these proposed modifications as indicated by the attached Probation Form 49.

Respectfully submitted,

**REDACTED SIGNATURE**

Michael Pentangelo
Senior U.S. Probation Officer
Date: July 17, 2007

Approved by:

**REDACTED SIGNATURE**

Eric D. Odegard
Supervising U.S. Probation Officer

---

**THE COURT ORDERS:**

[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[X]   The Modification of Conditions as Noted Above
[ ]   Other:

_____

**REDACTED SIGNATURE**

James K. Singleton
Senior U.S. District Court Judge
Date: 07/23/2007

-2-

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## District of Alaska

**U.S.A. v Matthew Bergeron**                                    **Docket No. 04CR0072**

    I, __Matthew Bergeron__, have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my conditions of supervised release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

    I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my conditions of supervised release or to the proposed extension of my term of supervision:

The defendant shall not possess any material showing sexually explicit conduct deemed inappropriate by his probation officer and/or treatment provider, or patronize any place where such material or entertainment is available.

The defendant shall reside at the Cordova Center halfway house for a period of time not to exceed 30 days. The defendant will only be permitted to leave the halfway house for medical appointments, religious worship one time per week, and sex offender treatment twice per week, or otherwise at the discretion of the probation officer.

Signed: _[signature]_                                Date: _7-13-07_
        Matthew Begeron
        Probationer or Supervised Releasee

Witness: _REDACTED SIGNATURE_               Date: _7/13/07_
        Michael Pentangelo
        Senior U.S. Probation Officer