UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA   v.   MATTHEW J. BERGERON

THE HONORABLE JAMES K. SINGLETON

DEPUTY CLERK                              CASE NO.  3:04-cr-00072-JKS

Linda Christensen

PROCEEDINGS: **ORDER FROM CHAMBERS**                DATE: April 9, 2008

    On May 9, 2006, parties were advised of the Court's possession of the above-referenced defendant's passport and were instructed to file a motion to return said item with a proposed Order for the Court's consideration.

    No action having been taken the Finance Office is hereby directed to destroy the passport ten (10) days after entry of this order.

ENTERED AT JUDGE'S DIRECTION
DATE:  April 9, 2008                      INITIALS:   lsc
                                                               Deputy Clerk

[]{IA.WPD*Rev.12/96}