ALLEN N. DAYAN
Alaska Bar # 8811179
745 West 4th Avenue, Suite 400
Anchorage, AK  99501
(907) 277-2330

Attorney for MATTHEW J. BERGERON

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>MATTHEW J. BERGERON,<br><br>              Defendant. | Case No. 3:04-cr-072(JKS) |

**REQUEST TO RELEASE MATTHEW BREGERON'S PASSPORT**

COMES NOW the Defendant, Matthew Bergeron, by and through his counsel Allen N. Dayan, and moves the Court for an order ordering the Federal Clerk's office to return defendant's passport.  Defendant was ordered to surrender his passport to the clerk of the Court.

DATED this <u>8th</u> day of April, 2008 at Anchorage, Alaska.

                                                s/Allen N. Dayan
                                                745 W. 4th Avenue, Suite 400
                                                Anchorage, Alaska 99501
                                                Phone: 907-277-2330
                                                Fax: 907-277-7780
                                                Email: dayanlaw1@gci.net
                                                Alaska Bar No. 8811179

<u>Certificate of Service</u>
I hereby certify that on April 9, 2008 a copy of the foregoing Motion, affidavit and Order was Electronically Served on Assistant U.S. Attorney, Audrey Renschen.