```
ALLEN N. DAYAN
Alaska Bar # 8811179
745 West 4th Avenue, Suite 400
Anchorage, AK  99501
(907) 277-2330
```

Attorney for MATTHEW J. BERGERON

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 3:04-cr-72(JKS) |
| | ) |
| MATTHEW J. BERGERON, | ) |
| | ) |
| Defendant. | ) |
| | ) |

ORDER RELEASING PASSPORT

It is hereby ORDERED that Defendant, Matthew Bergeron's request for return of his passport is Granted. The Clerk of the Court is ordered to return the passport to the defendant.

DATED this _____ day of _____, 2008.

_____
James K. Singleton
United States District Court Judge