ALLEN N. DAYAN
Alaska Bar # 8811179
745 West 4th Avenue, Suite 400
Anchorage, AK  99501
(907) 277-2330

Attorney for MATTHEW J. BERGERON

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 3:04-cr-72(JKS) |
| | ) |
| MATTHEW J. BERGERON, | ) |
| | ) |
| Defendant. | ) |
| | ) |

AMENDED PROPOSED
ORDER RELEASING PASSPORT

It is hereby ORDERED that Defendant, Matthew Bergeron's requests for return of his passport is Granted.  The Clerk of the Court is ordered to return the passport to the defendant. Defendant must present original receipt to clerk at the time he picks up his passport.

DATED this _____ day of _____, 2008.


_____
James K. Singleton
United States District Court Judge