IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 3:04-cr-72(JKS) |
| | ) |
| MATTHEW J. BERGERON, | ) |
| | ) |
| Defendant. | ) |

ORDER RELEASING PASSPORT

It is hereby ORDERED that Defendant, Matthew Bergeron's requests for return of his passport is Granted.  The Clerk of the Court is ordered to return the passport to the defendant. Defendant must present original receipt to clerk at the time he picks up his passport.

DATED this 16th day of April 2008.

    /s/James K. Singleton, Jr.
James K. Singleton, Jr.
United States District Court Judge